THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
XUE FANG ZHOU, Appellant. [49 NYS3d 291]—An appeal having
been taken to this Court by the above-named appellant from a
judgment of the Supreme Court, New York County (Bonnie
Wittner, J.), rendered June 26, 2015, said appeal having been

argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Sweeny, Renwick, Andrias and Manzanet-Daniels, JJ.